382

SEPTEMBER 7, 1939

**No. 42087.—**—Protest 871625–G of John M. Dyer. C. D. 176. Application by plaintiff for rehearing denied.

SEPTEMBER 8, 1939

**No. 42088.—**SUIT 4073.——*John T. Bill Co., Inc., Victor Distributing Co.* v. *United States.* T. D. 48680 reversed.

SEPTEMBER 11, 1939

**No. 42089.—**SUIT 4194.——*H. W. Chadbourne* v. *United States.* T. D. 49625 affirmed.

SEPTEMBER 12, 1939

**No. 42090.—**SUIT 4187.——*United States* v. *International Forwarding Co., Inc., a/c Ozalid Corp.* Reap. Dec. 4292 reversed and cause remanded to single judge for dismissal.